**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SALVATORE BUCCOLO,

    Plaintiff,

vs.                                                   CASE NO. 3:10-cv-432-J-34TEM

ZURICH INSURANCE SERVICES, INC.,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Plaintiff's Motion to Dismiss Counterclaim for Failure to State a Claim Upon Which Relief Can be Granted (Doc. #7, Motion). The Motion has been referred to the undersigned (*see* Doc. #13, Order of Referral).

A hearing on this matter was held before the undersigned on March 18, 2011 (Doc. #19, Minutes).[1] At the hearing it was resolved that Defendant would have leave to file an amended answer and counterclaim (*see* Doc. #19). Subsequently, Defendant filed an amended answer and counterclaim (Doc. #21).

The amended pleading (Doc. #21) renders moot the prior counterclaim, which is the subject of the instant motion to dismiss (Doc. #7). *See Malowney v. Federal Collection Deposit Group*, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) (noting that an amended pleading supersedes a previously filed pleading); *Meterlogic, Inc. v. Copier Solutions, Inc.*, 185 F. Supp. 2d 1292, 1297 (S.D. Fla. 2002) (noting that the plaintiff's filing of an amended

---

[1]The non-transcribed recording of the hearing is hereby incorporated by reference. The parties may contact the Courtroom Deputy of the undersigned if a transcript of the hearing is desired.

complaint "rendered moot the parties' previous pleadings and the defendants' summary judgment and Daubert motions").

Based on the foregoing, it is hereby **ORDERED**:

Plaintiff's Motion to Dismiss Counterclaim for Failure to State a Claim Upon Which Relief Can be Granted (Doc. #7) is **DEEMED MOOT**.

**DONE AND ORDERED** at Jacksonville, Florida this 30th day of March, 2011.

Copies to all counsel of record

*Thomas E. Morris*
**THOMAS E. MORRIS**
United States Magistrate Judge